Nos. 249 and 250. JOHNSON ET AL. *v.* UNITED STATES. October 9, 1933. Petitions for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied.

*Mr. H. A. Ledbetter* for petitioners. *Solicitor General Biggs* and *Messrs. Erwin N. Griswold, Aubrey Lawrence,* and *E. T. Burke* for the United States.